# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA ANDRADE DE URIBE,<br><br>             Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>             Defendant.<br>_____/ | Case No. 1:22-cv-00262-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND STAYING CASE**<br><br>(Doc. 2) |

**ORDER**

Plaintiff Elvira Andrade De Uribe filed a complaint on March 3, 2022, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2. The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms, and the Scheduling Order.  Service on the defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint;

3. The parties are hereby notified that, after service of the complaint, this action is STAYED pursuant to General Order No. 615, and there will be no deadlines in effect during the stay.  *See* E.D. Cal. G.O. 615.  The stay will be automatically lifted, with

1 <u>no further order of the Court, when the defendant files the certified copy of the
administrative record or on April 1, 2022, whichever is earlier</u>. *See id.*; E.D. Cal.
G.O. 644.

IT IS SO ORDERED.

Dated:   **March 7, 2022**                           /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE