Meghan O. Lambert
CA Bar ID No.: 258040
Osterhout Berger Disability Law
521 Cedar Way, Suite 200
Oakmont, PA 15139
Telephone: (412) 794-8003
Facsimile: (412) 794-8039
meghan@mydisabilityattorney.com
Attorney for Plaintiff, Elvia Andrade De Uribe

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

|  |  |
|---|---|
| ELVIA ANDRADE DE URIBE,<br><br>                    Plaintiff,<br><br>          v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. 1:22-cv-00262-SKO<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HER MOTION FOR SUMMARY JUDGMENT AND SUPPORTING BRIEF<br><br>(Doc. 12) |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Plaintiff shall have an extension of time to file her Motion for Summary Judgment and Supporting Brief.  This is Plaintiff's first request for an extension.

Plaintiff respectfully requests that this Court grant a 30 day extension to file her Motion for Summary Judgment and Supporting Brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Extension of Time Stipulation, (Case #1:22-cv-00262-SKO)

Respectfully submitted,

June 28, 2022
DATED

/s/ Meghan O. Lambert
MEGHAN O. LAMBERT, ESQUIRE
Attorney for Plaintiff, Elvia Andrade De Uribe

June 28, 2022
DATED

By:    /s/ Andrea Banks
(*as authorized by email on June 16, 2022)
ANDREA BANKS, ESQUIRE
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

Based upon the foregoing stipulation of the parties (Doc. 12), and for good cause shown, Fed. R. Civ. P. 16(b)(4),

IT IS HEREBY ORDERED that Plaintiff shall have a 30-day extension of time, to and including August 4, 2022, in which to file Plaintiff's motion for summary judgment.  All other deadlines set forth in the Scheduling Order (Doc. 8) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **June 29, 2022**                        /s/ *Sheila K. Oberto*
                        UNITED STATES MAGISTRATE JUDGE

Extension of Time Stipulation, (Case #1:22-cv-00262-SKO)