PHILIP. A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ANDREA BANKS, CA SBN 275286
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 510-970-4803
    Facsimile: (415) 744-0134
    E-Mail: andrea.banks@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ELVIA ANDRADE DE URIBE, | CIVIL NO. 1:22-cv-00262-SKO |
| Plaintiff, | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (Doc. 15) |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stip. to Remand; 1:22-cv-00262-SKO

| | |
|---|---|
| Dated: September 19, 2022 | /s/ *Meghan O. Lambert* * <br> (*as authorized via e-mail on September 18, 2022) <br> MEGHAN O. LAMBERT <br> Attorney for Plaintiff |
| DATED: September 19, 2022 | PHILIP. A. TALBERT <br> United States Attorney <br> MATHEW W. PILE <br> Associate General Counsel <br> Office of Program Litigation, Office 7 <br> Social Security Administration |
| By: | /s/ *Andrea Banks* <br> ANDREA BANKS <br> Special Assistant U.S. Attorney <br> Attorneys for Defendant |

**ORDER**

Based upon the parties' above stipulation ("Stipulation to Remand") (Doc. 15), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Elvia Andrade De Uribe and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:  **September 21, 2022**              /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 1:22-cv-00262-SKO