PHILLIP A. TALBERT
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ANDREA BANKS, CA SBN 275286
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: 510-970-4803
Facsimile: (415) 744-0134
E-Mail: andrea.banks@ssa.gov
Attorneys for Defendant

Meghan O. Lambert, Esq.
Osterhout Berger Disability Law, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Phone: 412-794-8003
Meghan@mydisabilityattorney.com
CA Bar ID: 258040
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIA ANDRADE DE URIBE,<br><br>       Plaintiff,<br><br>       v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No.  1:22-CV-00262-SKO<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d)<br><br>(Doc. 18) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of SIX THOUSAND, SEVEN HUNDRED, FIFTY DOLLARS and 00/100 ($6,750.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel, Meghan O. Lambert.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of SIX THOUSAND, SEVEN HUNDRED, FIFTY DOLLARS and 00/100 ($6,750.00) shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, Meghan O. Lambert, may have relating to EAJA attorney fees in connection with this action.

1    This award is without prejudice to the rights of Plaintiff's attorney to seek Social

2    Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause

3    provisions of the EAJA.

4                                        Respectfully submitted,

5

6    Dated: December 5, 2022             /s/ Meghan O. Lambert
                                          MEGHAN O. LAMBERT
7                                         Attorney for Plaintiff

8

9    Dated: December 5, 2022             PHILLIP A. TALBERT
                                          Acting United States Attorney
10

11                                        MATHEW W. PILE, WSBA No. 32245
                                          Associate General Counsel
12                                        Office of Program Litigation, Office 7
                                          Social Security Administration
13

14                                        By: /s/ *Andrea Banks
                                          ANDREA BANKS
15                                        Special Assistant United States Attorney
                                          Attorneys for Defendant
16                                        (*Permission to use electronic signature
                                          obtained via email on November 30, 2022).
17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

Based upon the parties' foregoing Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (the "Stipulation") (Doc. 18),

**IT IS ORDERED** that fees and expenses in the amount of SIX THOUSAND, SEVEN HUNDRED, FIFTY DOLLARS and 00/100 ($6,750.00) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **December 6, 2022**                    /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE